# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JESSICA WICKERSHEIMER,**

    Plaintiff,

-vs-                          Case No. 15-C-892

**CHILDREN'S HOSPITAL OF WISCONSIN, Inc.,**

    Defendant.

## DECISION AND ORDER

Jessica Wickersheimer requests leave to proceed *in forma pauperis*. According to her financial affidavit, Wickersheimer has $1,628.00 in monthly expenses, but she splits those expenses with her fiancé, and her monthly income exceeds half of $1628.00. Moreover, at least as of October 1, 2015, the date Wickersheimer signed her affidavit, Wickersheimer has $1,000.00 in a checking account. Therefore, Wickersheimer can afford to pay the filing fee to commence this action.

In the alternative, Wickersheimer requests additional time to serve the defendant because her attorney inadvertently failed to file her IFP motion until after the time for service expired. The Court finds that there is good cause to extend the time for service by thirty days. Fed. R. Civ. P. 4(m).

Wickersheimer's request for leave to proceed IFP [ECF No. 5] is **DENIED**. If Wickersheimer fails to serve the defendant within **thirty (30) days** of the date of this Order, this matter will be dismissed without prejudice. Civil L.R. 41(a) (E.D. Wis.).

Dated at Milwaukee, Wisconsin, this 20th day of January, 2016.

SO ORDERED:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**